CURD, GALINDO & SMITH, L.L.P.
Jeffrey B. Smith SBN 150095
301 East Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Telephone: (562) 624-1177
Facsimile: (562) 624-1178
Email: jsmith@cgsattys.com

Attorneys for Debtor and Plaintiff
Jesus Garcia

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JESUS GARCIA<br><br>    Debtor.<br><br>---<br><br>JESUS GARCIA<br><br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1; FRANKLIN CREDIT MANAGEMENT CORP.; Does 1-5<br><br>    Defendant and Creditor. | Adv. Case # 2:18-ap-01426-VZ<br><br>Case No.: 2:17-bk-24370-VZ<br><br>Chapter 13<br><br>**PROOF OF SERVICE OF SUMMONS, ADVERSARY COMPLAINT AND RELATED DOCUMENTS**<br><br><br><br>Hon. Vincent Zurzolo, USBC Judge |

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

301 E. OCEAN BLVD. SUITE 1700
LONG BEACH, CA 90802

A true and correct copy of the foregoing document entitled (*specify*): 1. SUMMONS; 2. ADVERSARY COMPLAINT (WITH ADVERSARY COVER SHEET; 3. ORDER SETTING PROCEDURES FOR ADVERSARY PROCEEDING STATUS CONFERENCES (DOC #2)
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 12/13/18, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

AND BY CERTIFIED MAIL AS INDICATED ON ATTACHED LIST

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 17, 2018 | Valerie Phillips | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                        F 9013-3.1.PROOF.SERVICE

Service List

Per Proof of Claim 2-1, Part 1, Paragraph 3; and Corporate Web Portal as to Officer:

Franklin Credit Management Corp.
Attn: Glenn Murphy, Senior Vice President
P.O. Box 2301
Jersey City, NJ 07303-2301

Per Proof of Claim 2-1, Part 3 for Deutsche Bank National Trust Company as Certificate Trustee on Behalf of Bosco Credit II Trust Series 2010-1:

Michelle R. Ghidotti-Gonsalves
Authorized Agent for Creditor
Law Offices of Michelle Ghidotti
5120 E. La Palma Ave., Suite 206
Anaheim Hills, CA 92807

Agent for Service of Process Per
California Secretary of State Web Portal:

Franklin Credit Management Corp
Attn: Glenn Murphy, Senior Vice President
Corporation Service Company, dba
CSC-Lawyers Incorporating Service
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA 95833


From FDIC Web Portal and Corporate Web Portal:
<u>Via Certified Mail</u>    Receipt# 7013-1710-0000-3225-6895

Deutsche Bank Trust Company, Americas
Attn: Christian Sewing, CEO
60 Wall Street
New York, NY 10005


From FDIC Web Portal and Corporate Web Portal:
<u>Via Certified Mail</u>    Receipt# 7013-1710-0000-3225-6901

Deutsche Bank Trust Company, Delaware
Attn: Christian Sewing, CEO
1011 Centre Road, Suite 200
Wilmington, DE 19805

Per Recorded Assignment of Deed of Trust Doc# 20121576871

Deutsche Bank National Trust Company as Certificate
Trustee on Behalf of Bosco Credit II Trust Series 2010-1
Attn: M.E. Wileman
2860 Exchange Blvd. #100
Southlake, TX 76092

Deutsche Bank National Trust Company as Certificate
Trustee on Behalf of Bosco Credit II Trust Series 2010-1
Attn: M.E. Wileman
1761 East St. Andrews Place
Santa Ana, CA 92705